## Arnold's Estate

486

488

*Matthew Randall* and *Clinton A. Sowers*, for exceptant.

*Louis L. Tafel*, contra.

HENDERSON, J., May 31, 1935.—A careful study of the record and briefs of argument leads us to the conclusion that the auditing judge was right, and for the reasons given by him. We are bound by Troxell's Estate, 90 Pa. Superior Ct. 533.

The exceptions are dismissed and the adjudication is confirmed absolutely.